1  AMY J. LEPINE, SBN 203073
   SARA A. SIMMONS, SBN 272861
2  LEPINE LAW GROUP
3  444 West "C" Street, Suite 140
   San Diego, CA, 92101
4  Telephone: 619.231.1337
   amy@lepinelaw.com
5  sara@lepinelaw.com

6
   Attorneys for Plaintiff ROBERT SEGALMAN
7

8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO
10

11 | **ROBERT SEGALMAN**              | Case No. 11-cv-01800-MCE - CKD |
12 |                                  |                                |
   | **Plaintiff,**                   |                                |
13 |                                  | ORDER RE: **TELEPHONIC**       |
   | v.                               | **APPEARANCE AT HEARING ON**   |
14 |                                  | **MOTION FOR LEAVE TO AMEND**  |
15 | **SOUTHWEST AIRLINES;**          | Date: March 8, 2012            |
16 |                                  | Time: 2:00 p.m.                |
   | **And DOES 1 THROUGH 10, Inclusive** | Judge: Hon. Morrison C. England, Jr. |
17 |                                  |                                |
   | **Defendants.**                  |                                |
18

19     The Court, having considered Plaintiff's Request for Telephonic Appearance, and
20 having heard the argument of counsel, and finding good cause for the request, hereby
21 GRANTS Plaintiff's request. Counsel may appear telephonically.
22     IT IS SO ORDERED.
23
   Dated: February 13, 2012
24
                              _____
25                            MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
26

27

28

Order Re: Telephonic Appearance at Hearing on Motion for Leave to Amend

1