AMY J. LEPINE, SBN 203073
SARA A. SIMMONS, SBN 272861
LEPINE LAW GROUP
444 West "C" Street, Suite 140
San Diego, CA, 92101
Telephone: 619.231.1337
amy@lepinelaw.com
sara@lepinelaw.com

Attorneys for Plaintiff ROBERT SEGALMAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| **ROBERT SEGALMAN**<br><br>**Plaintiff,**<br><br>v.<br><br>**SOUTHWEST AIRLINES;**<br><br>**And DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | Case No. 11-cv-01800-MCE - CKD<br><br>ORDER RE: **TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR LEAVE TO AMEND**<br><br>Date:   March 8, 2012<br>Time:  2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr. |

The Court, having considered Plaintiff's Request for Telephonic Appearance, and having heard the argument of counsel, and finding good cause for the request, hereby GRANTS Plaintiff's request. Counsel may appear telephonically.

IT IS SO ORDERED.

Dated: February 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order Re: Telephonic Appearance at Hearing on Motion for Leave to Amend

1