UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT SEGALMAN,                          No. 2:11-cv-01800-MCE-CKD

      Plaintiff,

  v.                                      MEMORANDUM AND ORDER

SOUTHWEST AIRLINES CO.,

      Defendant.

----oo0oo----

Plaintiff Robert Segalman initiated this action on July 8, 2011. Presently before the Court is Plaintiff's Motion to Amend his Complaint in response to which Defendant Southwest Airlines Co. filed a Statement of Non-Opposition. In light of that non-opposition, and because leave to amend should be freely given, see Fed. R. Civ. P. 15(a)(2), Plaintiff's Motion to Amend (ECF No. 11) is GRANTED.[1]

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

Plaintiff is directed to file and serve his proposed First Amended Complaint not later than three (3) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE