1  DAVID C. WAKEFIELD, ESQ., SBN 185736
   Law Offices of David C. Wakefield
2  10620 Treena Street, Suite 230
   San Diego, CA 92131
3  Telephone:  619.241.7112
4  Facsimile:  619.342.7755
   E-mail: dcw@DMWakeLaw.com
5
   Attorneys for Plaintiff ROBERT SEGALMAN
6

7
   TIMOTHY J. RYAN, SBN 99542
8  REBEKKA MARTORANO, SBN 173600
   THE RYAN LAW GROUP
9  2379 Gateway Oaks Drive, Suite 100
   Sacramento, California 95833
10 Telephone: (916) 924-1912
   Facsimile: (916) 923-3872
11 tryan@ryanlg.com
   rmartorano@ryanlg.com
12

13 Attorneys for Defendant SOUTHWEST AIRLINES CO.

14
                    **UNITED STATES DISTRICT COURT**
15                  **EASTERN DISTRICT OF CALIFORNIA**
                            **SACRAMENTO**
16

17

| 18 | **ROBERT SEGALMAN** | Case No. 11-cv-01800-MCE - CKD |
|---|---|---|
| 19 | **Plaintiff,** | |
| 20 | | **STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND TIME TO FILE MOTION TO DISMISS THIRD AMENDED COMPLAINT** |
| 21 | v. | |
| 22 | **SOUTHWEST AIRLINES; and DOES 1** | |
| 23 | **through 10, Inclusive** | |
| 24 | | |
| 25 | **Defendants.** | |

26

27

28
**STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND TIME
TO FILE MOTION TO DISMISS THIRD AMENDED COMPLAINT**

1

The parties previously met and conferred regarding the preparation of a joint status report, including addressing Plaintiff's intention to file an amended complaint and Southwest Airlines Co.'s intent to challenge the complaint by way of a motion to dismiss. The parties' agreement was reflected in the joint status report submitted by the parties on June 18, 2015 (Docket No. 46), as follows:

"Plaintiff will seek leave to file or otherwise submit a stipulation of the parties to file a Third Amended Complaint in light of the Ninth Circuit's decision of May 13, 2015. Southwest stipulates to Plaintiff filing an amended complaint provided that Southwest is provided with a reasonable time to challenge the amended complaint by way of a motion to dismiss.

The parties propose the following time-line in this regard:

Plaintiff to file his Third Amended Complaint on or before July 31, 2015

Southwest to file its Motion to Dismiss on or before September 18, 2015."

On July 31, 2015, Plaintiff filed his Third Amended Complaint (Docket No. 47). As previously represented, Southwest stipulates to Plaintiff filing the amended complaint provided that Southwest is provided with reasonable time to challenge the amended complaint by way of a motion to dismiss.

The parties agree that a deadline of September 18, 2015 is reasonable for the filing of Southwest's motion to dismiss.

IT IS SO STIPULATED.

DATED: August 3, 2015         LAW OFFICES OF DAVID C. WAKEFIELD

                              By:    /s/  David C. Wakefield
                                     DAVID C. WAKEFIELD, Esq.
                                     Attorneys for Plaintiff


DATED: August 3, 2015         RYAN LAW GROUP

                              By:    /s/  Rebekka R. Martorano
                                     REBEKKA R. MARTORANO, Esq.
                                     Attorneys for Defendant Southwest Airlines Co.

**STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND TIME TO FILE MOTION TO DISMISS THIRD AMENDED COMPLAINT**

2

ORDER

Pursuant to the stipulation of the parties and good cause appearing, Plaintiff's request to file a Third Amended Complaint is hereby granted.  Southwest shall have until September 18, 2015 to file a motion to dismiss the Third Amended Complaint or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:  August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND TIME TO FILE MOTION TO DISMISS THIRD AMENDED COMPLAINT**

3