1  DAVID C. WAKEFIELD, ESQ., SBN 185736
   Law Offices of David C. Wakefield
2  10620 Treena Street, Suite 230
   San Diego, CA 92131
3  Telephone:  619.241.7112
   Facsimile:  619.342.7755
4  E-mail: dcw@DMWakeLaw.com

5  Attorneys for Plaintiff
   ROBERT SEGALMAN
6

7  TIMOTHY J. RYAN, SBN 99542
   REBEKKA MARTORANO, SBN 173600
8  THE RYAN LAW GROUP
   400 Capitol Mall, Suite 2540
9  Sacramento, California 95814
   Telephone:  (916) 924-1912
10 Facsimile: (916) 923-3872
   tryan@ryanlg.com
11 rmartorano@ryanlg.com

12 Attorneys for Defendant
   SOUTHWEST AIRLINES CO.
13

14              UNITED STATES DISTRICT COURT

15             EASTERN DISTRICT OF CALIFORNIA

16                       SACRAMENTO

17

18 | ROBERT SEGALMAN | Case No. 11-cv-01800-MCE - CKD |

19 |         Plaintiff, | |

20 | | STIPULATION AND ORDER |

21 |     v. | REGARDING EXTENSION OF PRETRIAL DEADLINES |

22 | SOUTHWEST AIRLINES; and DOES 1 | |

23 | through 10, Inclusive | |

24 | | |

25 |         Defendants. | |

26

27

28

On August 12, 2015, this Court issued a Pretrial Scheduling Order, including dates for close of discovery and disclosure of expert witnesses.   On September 18, 2015, Defendant Southwest Airlines Co. filed a motion to dismiss Plaintiff Robert Segalman's Third Amended Complaint.   On January 13, 2016, the Court issued its Memorandum and Order regarding the motion to dismiss, and on February 17, 2016, Southwest filed its answer to the Third Amended Complaint.

In light of this procedural history, the parties agree that it would be appropriate to extend certain pretrial deadlines in this matter.  The parties propose the following timeline in this regard:

All discovery, with the exception of expert discovery, shall be completed by September 9, 2016.

Parties to disclose experts no later than October 7, 2016.

Last day to hear dispositive motions:   February 10, 2017.

The Final Pretrial Conference set for April 13, 2017, the Jury Trial set for June 5, 2017, and the other dates included in paragraphs VII to X of the Pretrial Scheduling Order shall remain as scheduled.

IT IS SO STIPULATED.


DATED: April 18, 2016                    LAW OFFICES OF DAVID C. WAKEFIELD


                                        By:_____/s/  David C. Wakefield
                                            DAVID C. WAKEFIELD, Esq.
                                            Attorneys for Plaintiff


DATED: April 18, 2016                    RYAN LAW GROUP


                                        By:_____/s/  Rebekka R. Martorano
                                            REBEKKA R. MARTORANO, Esq.
                                            Attorneys for Defendant Southwest Airlines Co.

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the pretrial scheduling order issued on August 12, 2015 shall be amended as follows:

All discovery, with the exception of expert discovery, shall be completed by September 9, 2016.

Parties to disclose experts no later than October 7, 2016.

Last day to hear dispositive motions:   February 10, 2017.

The Final Pretrial Conference set for April 13, 2017, the Jury Trial set for June 5, 2017, and the other dates included in paragraphs VII to X of the Pretrial Scheduling Order shall remain as scheduled.

IT IS SO ORDERED.

Dated:  April 27, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER REGARDING EXTENSION OF PRETRIAL DEADLINES**