DAVID C. WAKEFIELD, ESQ., SBN 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112
Facsimile:  619.342.7755
E-mail: dcw@DMWakeLaw.com

Attorneys for Plaintiff
ROBERT SEGALMAN

TIMOTHY J. RYAN, SBN 99542
REBEKKA MARTORANO, SBN 173600
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone:  (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| **ROBERT SEGALMAN** | Case No. 11-cv-01800-MCE - CKD |
| **Plaintiff,** | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE RE CLAIM FOR NEGLIGENCE; ORDER** |
| **SOUTHWEST AIRLINES; and DOES 1 through 10, Inclusive** | |
| **Defendants.** | |

**STIPULATION OF DISMISSAL WITH PREJUDICE RE CLAIM FOR NEGLIGENCE; ORDER**

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff's remaining third claim for negligence be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Defendant Southwest Airlines Co. shall recover its costs in the amount of $2,038.59.

IT IS SO STIPULATED.

DATED: December 13, 2016        LAW OFFICES OF DAVID C. WAKEFIELD

By:    /s/  David C. Wakefield
       DAVID C. WAKEFIELD, Esq.
       Attorneys for Plaintiff

DATED: December 13, 2016        THE RYAN LAW GROUP

By:    /s/  Rebekka R. Martorano
       REBEKKA R. MARTORANO, Esq.
       Attorneys for Defendant Southwest Airlines Co.

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff's third claim for negligence is dismissed with prejudice, and Southwest Airlines Co. is awarded costs in the amount of $2,038.59. THE Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE